# UNITED STATES DISTRICT COURT

Western District of Washington

| | |
|---|---|
| Fei Xie<br>Plaintiff<br>vs.<br>325HTD Growers, LLC, et al.<br>Defendant(s) | Case Number: 2:26-cv-03125-RAJ<br><br>**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS** |

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Fei Xie declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes Total amount of net monthly salary (take home pay) $ ______

Name and address of employer ______

☒ No Date of last employment Aug 21, 2024 Total amount of last net monthly salary $ 8000

2. If married, is your spouse presently employed? ☐ Not married

☒ Yes Total amount of spouse's net monthly salary (take home pay) $ 8800

Name and address of employer 3D Model Management, 420 Kent ave,1603, Brooklyn, NY, 11249

☐ No Date of spouse's last employment ______ Total amount of last net monthly salary $ ______

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

| | |
|---|---|
| a. Business, profession or other self-employment | $ 0 |
| b. Income from rent, interest or dividends | $ 0 |
| c. Pensions, annuities or life insurance payments | $ 0 |
| d. Disability, unemployment, workers compensation or public assistance | $ 0 |
| e. Gifts or inheritances | $ 0 |
| f. Money received from child support or alimony | $ 0 |
| g. Describe any other source of income None | $ 0 |

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 100 Checking Account $ 10000 Savings Account $ 300

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☒ Yes
☐ No

Retirement plan $ 18000

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☒ Yes
☐ No

6 years old daugther and 4 years old son $ 2000

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Housing mortgage $4,200, home insurance $250, property tax $1,000, electric bill $300, utility $100, water $50, day care $1,000, car loan $1,750, car insurance $300, groceries and food $2,000 $ 10950

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I am currently incarcerated at FCI Allenwood LSCI and have had no income since my incarceration began. My wife, Yile Zhang, is the family's sole income earner and is solely responsible for supporting our two young children, ages six and four, as well as all household expenses. To help cover my basic needs while incarcerated, my wife sends approximately $300 per month from her own earnings for my commissary and other living expenses. My previous retained counsel in a related federal criminal appeal was permitted to withdraw specifically because I was unable to pay for continued representation, leaving me to proceed pro se in that matter as well. I have no personal savings, assets, or other financial resources available to pay the filing fee or costs of this civil action.

I declare under penalty of perjury that the foregoing is true and correct.

08/18/2026

**Executed on: (Date)** **Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Fei Xie

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

08/18/2026

**Executed on: (Date)** **Signature of Plaintiff (Required)**